NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**GENE H. YAMAGATA, REX G. MAUGHAN, RUTH G. MAUGHAN,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

———————————

2014-5065

———————————

Appeal from the United States Court of Federal Claims in Nos. 1:07-cv-00698-NBF, 1:07-cv-00704-NBF, Senior Judge Nancy B. Firestone.

———————————

**JUDGMENT**

———————————

KENNETH BRENT VAUGHN, Grant & Vaughn P.C., Phoenix, AZ, argued for plaintiff-appellant Gene H. Yamagata. Also represented by MERWIN D. GRANT.

PHILIP CHARLES WILSON, Woolston & Tarter, P.C., Phoenix, AZ, argued for plaintiffs-appellants Rex G. Maughan, Ruth G. Maughan. Also represented by TIM A. TARTER, KACIE NICOLE CLARKE DILLON.

ARTHUR THOMAS CATTERALL, Tax Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by RICHARD FARBER, TAMARA W. ASHFORD.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, LINN, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| May 13, 2015 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |